**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6010**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DESHAWN R. RIVERS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:12-cr-00148-RMG-1)

Submitted: September 13, 2021                  Decided: September 24, 2021

Before GREGORY, Chief Judge, KING, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeremy A. Thompson, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Columbia, South Carolina, for Appellant. M. Rhett DeHart, Acting United States Attorney, Columbia, South Carolina, Nick Bianchi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deshawn R. Rivers appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We review a district court's order granting or denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and find no abuse of discretion. The district court denied Rivers' motion after discussing the applicable 18 U.S.C. § 3553(a) factors and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of straightforward compassionate release motion). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*